

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00011-CR

---

GARY L. HAMMONDS, Appellant

V.

STATE OF TEXAS, Appellee

---

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 15,374

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Gary L. Hammonds, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Hammonds and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     February 28, 2013
Date Decided:       March 1, 2013

Do Not Publish